■ RAMA REALTY ASSOCIATES LLC et al., Appellants, v NAUTILUS CAPITAL, LLC, Respondent, et al., Defendant. [54 NYS3d 274]—

Order, Supreme Court, New York County (O. Peter Sherwood, J.), entered June 14, 2016, which, to the extent appealed from as limited by the briefs, granted the motion of defendant Nautilus Capital, LLC, for partial summary judgment seeking dismissal of plaintiffs' claims against it, unanimously affirmed, with costs.

The default interest provision at issue is not so vague as to be unenforceable. It clearly reflects that the parties intended to cap interest at the highest rate allowable under New York's usury laws (*see Emery v Fishmarket Inn of Granite Springs*, 173 AD2d 765, 767 [2d Dept 1991]). The court also properly determined that the loan matured on March 31, 2014, since plaintiffs failed to comply with conditions required for a proposed extension of the maturity date.

We have considered plaintiffs' remaining arguments and find them unavailing. Concur—Acosta, P.J., Richter, Feinman, Webber and Kahn, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CURTIS WHITE, Appellant. [54 NYS3d 275]—An appeal having been taken to this Court by the above-named appellant from a judgment of the Supreme Court, Bronx County (Miriam Best, J.), rendered January 21, 2016, said appeal having been argued by counsel for the respective parties, due deliberation having been had thereon, and finding the sentence not excessive, it is unanimously ordered that the judgment so appealed from be and the same is hereby affirmed. Concur—Acosta, P.J., Richter, Feinman, Webber and Kahn, JJ.